

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00254-CR

Ex parte Rachael Ann Sheridan  § From the 16th District Court

§ of Denton County (F-2010-2104-A)

§ April 27, 2017

§ Opinion by Justice Sudderth

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
      Justice Bonnie Sudderth